**\*E-Filed 4/28/11\***

| | |
|---|---|
| Robert Sturtevant Eaton (SBN 240761)<br>RSEaton@Mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>  AND POPEO, P.C.<br>5 Palo Alto Square, 6th Floor<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone: (650) 251-7700<br>Facsimile: (650) 251-7739 | MARK D. HOERRNER, (admitted *pro hac vice*)<br>Email: mhoerrner@budd-larner.com<br>BUDD LARNER, P.C. 150 JFK Parkway<br>Short Hills, NJ 07078<br>Phone: (973) 379-4800<br>Fax:    (973) 379-7734 |
| Benjamin L. Hincks *(admitted pro hac vice)*<br>BHincks@Mintz.com<br>Nicholas C. Cramb *(admitted pro hac vice)*<br>NCramb@Mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>  AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 542-6000<br>Facsimile: (617) 542-2241 | RICHARD E. WIRICK, SBN 116388<br>Email: rwirick@enensteinlaw.com<br>ROBERT A. RABBAT, SBN 254602<br>Email: rrabbat@enensteinlaw.com<br>ENENSTEIN & RIBAKOFF, APC<br>233 Wilshire Blvd., Suite 900<br>Santa Monica, California 90401<br>Phone: (310) 899-2070<br>Fax:    (310) 496-1930 |
| Attorneys for Defendant,<br>YOSEMITE INSURANCE COMPANY | Attorneys for Plaintiff,<br>SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEATON INSURANCE COMPANY,<br>Formerly known as Unigard Mutual Insurance Company,<br><br>           Plaintiff,<br><br>    vs.<br><br>YOSEMITE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No. 3:11-CV-00422-RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~ ORDER] TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR IMPROPER VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE**<br><br>Courtroom No. 3, 17th Floor<br>The Honorable Judge Richard Seeborg<br><br>Complaint Filed: December 29, 2010<br>Trial Date: None Set |

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY    Case No. 3:11-CV-00422-RS

# STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff SEATON INSURANCE COMPANY ("Plaintiff") on the one hand and defendant YOSEMITE INSURANCE COMPANY ("Defendant") (collectively, "the Parties") on the other, by and through their respective counsel, as follows:

WHEREAS, Plaintiff filed its Complaint in this matter in state court on or about December 29, 2010.  Defendant removed the case to this Court on January 28, 2011 and filed a Motion to Dismiss for Improper Venue or in the Alternative Transfer Venue on February 4, 2011.  Defendant initially noticed the hearing on the motion for April 7, 2011.

WHEREAS, Plaintiff filed an Amended Complaint on February 24, 2011.  Defendant filed its Motion to Dismiss Amended Complaint for Improper Venue or in the Alternative Transfer Venue ("Motion to Dismiss") on March 10, 2011 and, as a result of scheduling conflicts of counsel for both parties, noticed Defendant's Motion to Dismiss for hearing on May 12, 2011, at 1:30 p.m.;

WHEREAS, Defendant filed its Opposition to the Motion to Dismiss on April 21, 2011. The Opposition contains information and documents not disclosed in Plaintiff's Amended Complaint, and, as a result of the inclusion of such new information, Defendant requires additional time to prepare its Reply;

ACCORDINGLY, the Parties agree and stipulate as follows:

Defendant respectfully requests that the Court grant it a seven day extension, from April 28, 2011 to May 5, 2011, to file a Reply to Plaintiff's Opposition.  If Defendant determines that such a Reply is necessary, the Reply will still be filed a week before the hearing, which is scheduled for May 12, 2011.  Plaintiff assents to this request. The Parties do not believe that this extension will affect the schedule for the case and no party will be prejudiced by the extension.

| | | |
|---|---|---|
| 3 | Dated:  April 27, 2011 | Respectfully submitted, |
| 4 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |

/s/ Robert  S. Eaton

By:   ROBERT STURTEVANT EATON

Attorneys for Defendant,
YOSEMITE INSURANCE COMPANY

BENJAMIN L. HINCKS (admitted *pro hac vice*)
BHincks@Mintz.com
NICHOLAS C. CRAMB (admitted *pro hac vice*)
NCramb@Mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
Telephone: (617) 542-6000

Dated:  April 27, 2011            Respectfully submitted,

BUDD LARNER, P.C.

/s/ Mark D. Hoerrner

By:   MARK D. HOERRNER (admitted *pro hac vice*)

Attorneys for Defendant,
SEATON INSURANCE COMPANY

Pursuant to the Joint Stipulation submitted by Plaintiff Seaton Insurance Company and Defendant Yosemite Company, the Defendant is granted an extension of time to file its Reply to May 5, 2011.

**IT IS SO ORDERED.**

Dated:       April 27, 2011

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Richard Seeborg — signature]*

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2 Concurrence in the filing of this document has been obtained from Mark D. Hoerrner.

3 Dated: April 27, 2011    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

4

5 /s/ Robert Sturtevant Eaton
By:   ROBERT STURTEVANT EATON

6    Attorneys for Defendant,
   YOSEMITE INSURANCE COMPANY

7

8 BENJAMIN L. HINCKS (admitted *pro hac vice*)
BHincks@Mintz.com
9 NICHOLAS C. CRAMB (admitted *pro hac vice*)
NCramb@Mintz.com
10 MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
11 Boston, MA  02111
Telephone: (617) 542-6000
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

CERTIFICATE OF SERVICE                                                      Case No. 3:11-CV-00422-RS

## CERTIFICATE OF SERVICE

I, ROBERT STURTEVANT EATON, Esq. hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date of filing.

          /s/ Robert Sturtevant Eaton
          Robert S. Eaton

5385717v.1